```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
             Plaintiff,         )
                                )           4:04CR3103
        v.                      )
                                )
BRANDON RAY JACKSON,            )
                                )              ORDER
             Defendants.        )
                                )
```

Upon consideration of the defendant's motion to amend conditions of release,

IT IS ORDERED, the motion filing 51, is granted.

DATED this 27th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge